

**Quintairos, Prieto, Wood & Boyer P.A.**
233 Broadway, Suite 2120
New York, New York 10279
**Phone** - (212) 226-4026
**Fax** - (212) 226-4027

**qpwblaw.com**

December 10, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/11/25

**VIA ECF:**

The Honorable Judge Mary Kay Vyskocil,
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: <u>MKV Rivers v. Parkchester Condominium Complex et al.</u>
    Docket No.: 1:25-cv-00363

Dear Hon. Judge Vyskocil,

   This office represents the defendants in the above-referenced matter.

   We write to respectfully request additional time to file our motion to dismiss. Unfortunately, the attorney assigned to handle this matter and prepare the motion recently fell, sustained a fractured hip, and required immediate surgery. As a result of these unforeseen and unavoidable circumstances, the brief could not be completed in time to meet the Court's December 10, 2025, filing deadline.

   Accordingly, we respectfully request that the defendant's time to file the motion to dismiss be extended to **December 23, 2025**.

   We thank the Court for its time and consideration of this request.

      Respectfully Submitted,

      Tanya M. Branch

**Via: ECF All Parties and**
   **First Class Mail**
   Adrian Oree
   16 Metropolitan Oval, Apt. 4F
   Bronx, New York 10462

**Granted. SO ORDERED.**

Counsel is admonished to comply with the Court's Individual
Rules.  No further extensions will be granted absent truly extraordinary and
unforeseen circumstances.  Further briefing will be on the schedule
prescribed by Local Rule 6.1(b).

Date: 12/11/2025
New York, New York

Mary Kay Vyskocil
United States District Judge

2

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                               )ss.:
COUNTY OF NEW YORK     )

       I, **DOLORES SCOTT,** being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in New York County, within the State of New York.

       That on the 10th day of December, 2025, deponent served the within **LETTER MOTION TO JUDGE MARY KAY VYSKOCIL REQUESTING ADDITIONAL OF TIME TO FILE MOTION** upon individual, Pro Se Plaintiff, and/or attorney(s) for the respective party(ies) at the address listed below, such address(es) designated by said attorney for that purpose United States Postal Service to the following:

Adrian Oree
16 Metropolitan Oval, Apt. 4F
Bronx, New York 10462

_____
Dolores Scott

Sworn to before me this
  10th  day of December, 2025

_____
Notary Public

TANYA M. BRANCH
Notary Public State of New York
No. 02BR6342852
Qualified in New York County
Commission Expires May 31, 2028