USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/09/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN OREE,

Plaintiff,

-against-

PARKCHESTER CONDOMINIUM COMPLEX, ET AL,

Defendants.

1:25-cv-00363-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On September 2, 2026, this Court dismissed *pro se* Plaintiff Adrian Oree's Complaint with leave to amend. [ECF No. 46]. The Order provided that "[a]ny amendment shall be filed on or before October 2, 2026," and reminded Plaintiff that should she "decline to amend her Complaint, today's dismissal is with prejudice as to her federal claims and without prejudice as to any state law claims that she may have." *Id.* at 6. On October 5, 2026, the Court granted Plaintiff's requested extension of the deadline to file an amended complaint until November 2, 2026, and directed the Clerk of Court to mail a copy of the Order and the materials requested by Plaintiff to her address. [ECF No. 48]. Plaintiff did not file an amended complaint by November 2, 2026.

Accordingly, IT IS HEREBY ORDERED that Plaintiff is directed to file any amended complaint on or before **December 9, 2026.** This is Plaintiff's final opportunity to amend her Complaint. Should Plaintiff decline to file an amended complaint by December 9, 2026, the Court's dismissal will be with prejudice as to her federal claims and without prejudice as to any state law claims that she may have.

The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff at her address listed on the docket, which is the same address listed in docket entry number forty-seven.

**SO ORDERED.**

**Date: November 9, 2026**
**New York, NY**

MARY KAY VYSKOCIL
United States District Judge